**RICHARD A. BESHWATE, JR. 179782**
ATTORNEY AT LAW
2014 TULARE STREET, SUITE 414
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 266-5000
FACSIMILE: (559) 266-0507

Attorney for Defendant, ALBERTO MORALES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ALBERTO MORALES,<br><br>　　　　Defendant. | CASE NO.1:13-CR-00049 LJO-SKO<br><br>**STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS HEARING**<br><br>DATE:　JUNE 17, 2013<br>TIME:　1:00 pm<br>JUDGE: Hon. Sheila K. Oberto |

　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel RICHARD A. BESHWATE, JR, attorney for Defendant, and BRIAN ENOS Assistant U.S. Attorney for Plaintiff, that the hearing currently scheduled for JUNE 17, 2013, at 1:00 p.m. shall be continued until JULY 29, 2013, at 1:00 p.m. or to a date the Court deems appropriate.

　　This continuance is necessary because defendant's attorney has just completed a murder trial and has now started a re-trial from a hung jury on a "gang phase" of a trial with 4 defendants. The gang retrial involves multiple attorneys and expert witnesses in the gang case and defendant's attorney will not have

enough time to prepare for Mr. Morales' hearing which is currently set for trial on June 17, 2013.

I have spoken with Mr. Morales, advised him of the need for the continuance and he has agreed to waive time.

For the above-stated reason, the stipulated continuance will conserve time and resources for both parties and the court, and the delay resulting from this continuance shall be excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(ii).

DATED: June 12, 2013

>Respectfully submitted,
>/S/ Richard A. Beshwate, Jr.
>RICHARD A. BESHWATE, JR.
>Attorney for Defendant, ALBERTO MORALES

DATED: June 13, 2013

>Respectfully submitted,
>/S/ Brian Enos
>BRIAN ENOS
>Assistant U.S. Attorney

### ORDER

The parties' request for a continuance of the status conference to July 29, 2013, is GRANTED. The delay resulting from this continuance shall be excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(ii).

The parties are cautioned that any further request for an extension of time must be supported by good cause and shall include a detailed explanation demonstrating due diligence, including a description of what actions have been undertaken, and what further actions are needed, to move the case forward. Counsel's calendar conflict alone does not constitute good cause.

IT IS SO ORDERED.

**Dated:     June 13, 2013**                    /s/ Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE